**SEALED FILED**

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766

FEB 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:12-CR-49 |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| DUSTIN WILSON, ) | |
| MICHELLE TROUNG, and ) | |
| BRANDON ROBERTS, ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: February 9, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1