```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
```




FILED

FEB 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00049 KJM |
| Plaintiff, | Request For Unsealing of Indictment and [Proposed] Order |
| v. | |
| DUSTIN WILSON, MICHELLE TROUNG, and BRANDON ROBERTS, | |
| Defendants. | |

TO THE HONORABLE KENDALL J. NEMWAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On Thursday, February 9, 2012, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

1

2. The undersigned is informed and believes that defendants Dustin Wilson and Michelle Troung have been notified of the indictment by way of a summons that was prematurely served on defendant Troung, during which time a copy of the sealed indictment was left with Troung. Further, defendant Brandon Roberts is in custody on unrelated charges and is expected to be taken into federal custody soon.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: February 24, 2012          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  U.S. ATTORNEY

                             By:  /s/ Todd A. Pickles
                                  TODD A. PICKLES
                                  Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:12-CR-00049 KJM, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: February 24, 2012

                                  _____
                                  HON. KENDALL J. NEWMAN
                                  United States Magistrate Judge

2