| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

SEP 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CASE NO. 2:12-CR-00049 KJM
                                    )
              Plaintiff,            )   [PROPOSED] ORDER TO SEAL
                                    )   DOCUMENTS
      v.                            )
                                    )
DUSTIN WILSON, et al.,              )
                                    )
              Defendants.           )
                                    )
_____)

This matter came before the Court on the United States of America's request to seal documents. For the reasons stated in the request, the United States's request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the two-page letter subject to the request is to be filed under seal, and shall remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 9/26/12

_____
Honorable Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE

[Proposed] Order re: Request to Seal            1