Michael E. Hansen [SBN 191737]
Attorney at Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BRANDON ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0049 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| DUSTIN WILSON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff; Patrick Swillinger, attorney for defendant Dustin Wilson; Scott Cameron, attorney for defendant Michelle Troung; and Michael Hansen, attorney for defendant Brandon Roberts, that the previously-scheduled status conference date of July 11, 2013, be vacated and the matter set for status conference on October 3, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. The discovery in this case numbers approximately 1,500 pages and involves conduct in multiple jurisdictions.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and

1

**Stipulation and Order to Continue Status Conference**

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, July 8, 2013, to and including October 3, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  July 8, 2013                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        BRANDON ROBERTS

Dated:  July 8, 2013                    /s/ Michael E. Hansen for
                                        PATRICK SWILLINGER
                                        Attorney for Defendant
                                        DUSTIN WILSON

Dated:  July 8, 2013                    /s/ Michael E. Hansen for
                                        SCOTT CAMERON
                                        Attorney for Defendant
                                        MICHELLE TROUNG

Dated:  July 8, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:  /s/ Michael E. Hansen for
                                        TODD PICKLES
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by

**Stipulation and Order to Continue Status Conference**

1 granting the requested continuance outweigh the best interests of the public and the defendants
2 in a speedy trial.
3    The Court orders that the time from the date of the parties' stipulation, July 8, 2013, to
4 and including October 3, 2013, shall be excluded from computation of time within which the
5 trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section
6 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is
7 further ordered that the July 11, 2013, status conference shall be continued until October 3,
8 2013, at 9:30 a.m.
9    **IT IS SO ORDERED**.
10 Dated:       July 10, 2013

Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Status Conference**