1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 TLN |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET MATTER FOR STATUS AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DUSTIN WILSON, and MICHELLE TROUNG, | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and defendants Dustin Wilson and Michelle Troung, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. By previous order, this matter was set for a trial confirmation hearing on July 23, 2015, and a trial date of August 24, 2015.

2. By this stipulation, defendants now move to vacate the trial confirmation hearing and the trial date and set the matter for a status hearing on August 27, 2015, at 9:30 a.m. For the reasons identified below, the United States does not oppose.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

    a)  The government has represented that the discovery associated with this case includes 1400 pages of discovery consisting of investigative reports and bank and financial records. All of this discovery has been produced directly to counsel.

    b)  In January 2015, the undersigned counsel for Dustin Wilson substituted in as counsel of record. Counsel for defendant Wilson has requested additional discovery, which the United States is in the process of obtaining. Further, counsel for defendant Wilson represents that he has obtained the services of an investigator and continues to actively prepare the case for trial or resolution, and that due to the work required by the investigator and the additional discovery to be provided, counsel will not be able to proceed with trial in August 2015.

    c)  Further, on June 23, 2015, the Grand Jury for the District of Hawaii returned a multi-count indictment charging defendants, among others, with violations of 21 U.S.C. § 846 & 841(a)(1) with respect to the alleged importation and distribution of methamphetamine, and several counts of money laundering under 18 U.S.C. § 1957. The indictment was unsealed on July 10, 2015, and the United States Attorney's Office for the District of Hawaii informed counsel for defendants on July 13, 2015 of the charges.

    d)  Counsel for defendants desire additional time to review the discovery in the District of Hawaii case, to consult with their clients and conduct research regarding the possibility of a global resolution of both cases.

    e)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The United States does not object to the continuance although it reserves the right to request a trial date be set at the next proposed hearing date.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2015 through August 27, 2015,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ TODD A. PICKLES*
TODD A. PICKLES
Assistant United States Attorney

Dated: July 20, 2015

*/s/ Todd A. Pickles for*
HAYES GABLE, ESQ.
Counsel for Defendant
Dustin Wilson

Dated: July 20, 2015

*/s/ Todd A. Pickles for*
PAUL DENNISON, ESQ.
Counsel for Defendant
Michelle Troung

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3

**FINDINGS AND ORDER**

For the reasons set forth above, and good cause showing, the Court hereby ADOPTS the parties stipulation. Accordingly, IT IS HEREBY ORDERED that the trial confirmation hearing set for July 23, 2015, and the trial set to commence on August 24, 2015 are hereby VACATED. A status hearing shall be set for August 27, 2015, at 9:30 a.m., and time shall be excluded from August 24, 2015 through August 27, 2015 pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED this 20th day of July, 2015.

Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER       4