1  **PAUL DENNISON**
   **Attorney at Law**
2  **State Bar No. 191615**
   **360 Ritch Street, Suite 201**
3  **San Francisco, CA 94107**
   **Tel: (415) 722-8582**
4  **Attorney for Defendant**
5  **MICHELLE TRUONG**

6              UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,                 Case No. 12-CR-49 TLN
10
                    **Plaintiff,**
11
                       v.                    **STIPULATION AND ORDER**
12                                           **PERMITTING DEFENDANT**
                                             **MICHELLE TRUONG TO**
13 MICHELLE TRUONG,                          **TRAVEL "UNMONITORED"**
                                             **TO HAWAII FOR**
14                                           **ARRAIGNMENT IN THE**
                                             **UNITED STATES DISTRICT**
15                  **Defendants.**          **COURT FOR THE DISTRICT**
                                             **OF HAWAII**
16

17
18
19

20      Defendant Michelle Truong and the United States Attorney for the Eastern District of California

21 by and through their counsel of record, hereby stipulate as follows:

22      By previous order, this court modified defendant Michelle Truong's conditions of pre-trial

23 release to include an ankle monitor and a curfew. Defendant is scheduled to travel to Honolulu, Hawaii

24 on September 8, 2015 for her arraignment in the United States District Court for the District of Hawaii

25 and is scheduled to return to California on September 10. For defendant to travel to Hawaii, the above

26 conditions need to be temporarily lifted between September 8 and September 10, 2015 and she is

27 therefore requesting this court to so order.

28

                                    1

The parties agree and stipulate, and request that the Court make the following order:

Defendant Michelle Truong's pre-trial release conditions are hereby modified in that she may travel with the ankle monitor in place and her curfew is lifted between the dates of September 8 and September 10, 2015, to allow her to travel to Honolulu, Hawaii, for arraignment in the U.S. District court there. All other terms and conditions of her pre-trial release will remain in effect.

IT IS SO STIPULATED.

Date: September 1, 2015                          */s/ PAUL DENNISON*
                                                 PAUL DENNISON
                                                 Attorney for Defendant
                                                 MICHELLE TRUONG


Date: September 1, 2015                          */s/ TODD PICKLES*
                                                 TODD PICKLES
                                                 Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA


**ORDER**

The parties having agreed to the foregoing, IT IS SO ORDERED.


Date: September 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE