Law Office of Paul M. Dennison
PAUL M. DENNISON (SBN 191615)
360 Ritch Street, Suite 201
San Francisco, CA 94107
Ph: (415) 722-8582
Fax: (415) 276-4753

Attorney for Defendant
MICHELLE TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE TRUONG,<br><br>Defendant. | Case No. 12-CR-0049-TLN<br><br>STIPULATION TO THIRD AMENDMENT TO SPECIAL CONDITIONS OF PRE-TRIAL RELEASE; AMENDED CONDITIONS OF RELEASE; ORDER |

Defendant Michelle Truong, by and through her counsel of record Paul M. Dennison, and AUSA Todd Pickles hereby stipulate as follows:

The parties stipulate and request, with U.S. Pretrial Services (please see attachment) in agreement, that the Court modify and amend defendant Michelle Truong's conditions of release to remove the ankle monitor she has been wearing without violation for the past year. Ms. Truong is currently pregnant and is suffering from Edema.

IT IS SO STIPULATED.

DATED: August 16, 2016    /s/Todd Pickles TODD PICKLES

Assistant United States Attorney

1

1  DATED: August 16, 2016   /s/Paul M. Dennison
2  Attorney for Michelle Truong.

**ORDER**

IT IS SO FOUND AND ORDERED this  17th  day of  August   , 2016.

_____
Judge Edmund F. Brennan
UNITED STATES JUDGE

## THIRD AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Michelle Truong
No.: 2:12-CR-0049-TLN
Date:August 16, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Northern and the Eastern Districts of California and the District of Hawaii unless otherwise approved in advance by the pretrial services officer;

6. You shall not obtain a passport or other travel documents during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.