UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-49-GEB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S TWO SEALING REQUESTS** |
| v. | |
| MICHELLE TROUNG, | |
| Defendant. | |

On December 13, 2016, Defendant filed on the public docket a "Notice of Request to Seal Documents," in which she seeks to file under seal the supplement to the plea agreement. On December 15, 2016 Defendant sent an email to chambers in which she attached a "Request To Seal Documents," which she also seeks to be filed under seal.

Defendant's two sealing requests are granted based on Defendant's assertions.

Dated: December 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1