Law Office of Paul M. Dennison
Paul M. Dennison (SBN 191615)
360 Ritch Street, #201
San Francisco, CA 94107
Ph: (415) 722-8582
Fax: (415) 276-4753
E-mail: Ceanannas@aol.com

Attorney for Defendant
MICHELLE TRUONG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff

v.

MICHELLE TRUONG

                Defendant.

Case No. 2:12-CR-00049 GEB

**AMENDED STIPULATED REQUEST FOR CONTINUANCE; PROPOSED ORDER**

Date: MARCH 20, 2017

TO: Shani Furstenau, Courtroom Clerk to the Hon. Garland E. Burrell, Jr.

    The parties, along with the assigned Probation Officer, are in agreement and request that the Judgment and Sentencing of Michelle Truong in the above entitled matter currently set for March 31, 2017 at 9:00 a.m. be continued to June 16, 2017 at 9:00 a.m.

    The parties further agree to the following disclosure schedule;

Judgment and Sentencing Date:  June 16, 2017;

Reply or Statement of Non-Opposition: June 2, 2017;

Motion for Correction of the Presentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than May 26, 2017;

The Presentence Report shall be filed with the Court and disclosed on counsel no later than May 19, 2017;

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and

1

opposing counsel no later than May 12, 2017;

The Proposed Presentence Report shall be disclosed to counsel no later than April 28, 2017.

IT IS SO STIPULATED.

DATED:   MARCH 20, 2017        /s/Todd Pickles TODD PICKLES

Assistant United States Attorney

DATED:   MARCH 20, 2017        /s/Julie Besabe JULIE BESABE US Probation Officer

DATED: MARCH 17, 2017 by:    /s/Paul Dennison PAUL DENNISON Attorney for defendant Michelle Truong

**PROPOSED ORDER**

        IT IS SO FOUND AND ORDERED.

Dated:  March 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge