Law Office of Paul M. Dennison
Paul M. Dennison (SBN 191615)
360 Ritch Street, #201
San Francisco, CA 94107
Ph: (415) 722-8582
Fax: (415) 276-4753
E-mail: Ceanannas@aol.com

Attorney for Defendant
MICHELLE TRUONG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHELLE TRUONG<br><br>Defendant. | Case No. 2:12-CR-00049 GEB<br><br>**STIPULATED REQUEST FOR CONTINUANCE; PROPOSED ORDER**<br><br>Date: MAY 25, 2017 |

TO: Shani Furstenau, Courtroom Clerk to the Hon. Garland E. Burrell, Jr.

The parties, along with the assigned Probation Officer, agree and request that the Judgment and Sentencing of Michelle Truong in the above entitled matter currently set for June 16, 2017 at 9:00 a.m. be continued to September 8, 2017 at 9:00 a.m.

The parties agree to the following schedule;

Judgment and Sentencing Date: September 8, 2017;

Reply or Statement of Non-Opposition: September 1, 2017;

Motion for Correction of the Presentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than August 25, 2017;

The Presentence Report shall be filed with the Court and disclosed on counsel no later than August 18, 2017;

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and

opposing counsel no later than August 11, 2017;

The Proposed Presentence Report shall be disclosed to counsel no later than August 4, 2017.

IT IS SO STIPULATED.

DATED: May 25, 2017        /s/Todd Pickles TODD PICKLES
                           Assistant United States Attorney

DATED: May 25, 2017        /s/Julie Besabe JULIE BESABE US Probation Officer

DATED: May 25, 2017        /s/Paul Dennison PAUL DENNISON Attorney for defendant
                           Michelle Truong

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge