1  PHILLIP A. TALBERT
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 GEB |
|---|---|
| Plaintiff, | <u>AMENDED</u> STIPULATION AND JOINT REQUEST TO CONTINUE JUDGMENT AND SENTENCING DATE; PROPOSED ORDER |
| v. | |
| MICHELLE TROUNG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Michelle Troung, by and through his counsel of record, hereby stipulate and respectfully request as follows:

1. By previous order, this matter was set for judgment and sentencing on September 8, 2017.

2. By this stipulation, the parties jointly request that this matter be continued for judgment and sentencing to December 15, 2017 at 9:00 a.m.

3. Because the defendant stands convicted based on her plea of guilty, the provisions of the Speedy Trial Act, 18 U.S.C.§ 3161, *et seq*., are inapplicable to this continuance.

1     IT IS SO STIPULATED.

2 DATED: September 6, 2017                 PHILLIP A. TALBERT
                                                      United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: September 6, 2017

*/s/ Todd A. Pickles for*
PAUL DENNISON, ESQ.

For defendant MICHELLE TROUNG

---

Amended Stipulation for Continuance to Continue     2
Judgment and Sentencing Date; Proposed Order

[PROPOSED] ORDER

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to December 15, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge