IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:12-cr-00049-WBS |
|---|---|---|
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| MICHELLE TROUNG, | ) ) | |
| Defendant. | ) ) | |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Brian C. McComas is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 14, 2021, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

Dated: January 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-