UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN WILSON,<br><br>　　　　Defendant. | No. 2:12-cr-49 WBS<br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN WILSON,<br><br>　　　　Defendant. | No. 2:24-cr-208 DAD |

----oo0oo----

　　　　Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, with defendant serving a term of

1

1 supervised release in both Case No. 2:12-cr-49 WBS and Case No.
2 2:24-cr-208 DAD.  Accordingly, the assignment of the matters to
3 the same judge is likely to effect a saving of judicial effort
4 and is also likely to be convenient for the parties.

5       The parties should be aware that relating the cases
6 under Local Rule 123 merely has the result that both actions are
7 assigned to the same judge; no consolidation of the actions is
8 effected.  Under the regular practice of this court, related
9 cases are generally assigned to the judge to whom the first filed
10 action was assigned.

11       IT IS THEREFORE ORDERED that the actions denominated
12 United States v. Wilson, Case No. 2:12-cr-49 WBS, and United
13 States v. Wilson, Case No. 2:24-cr-208 DAD, be, and the same
14 hereby are, deemed related.  The case denominated United States
15 v. Wilson, Case No. 2:24-cr-208 DAD, shall be reassigned to the
16 Honorable WILLIAM B. SHUBB.  Any dates currently set in the
17 reassigned case only are hereby VACATED.  Henceforth, the
18 captions on documents filed in the reassigned case shall be shown
19 as United States v. Wilson, Case No. 2: 24-cr-208 WBS.

20       IT IS FURTHER ORDERED that the Clerk of the Court make
21 an appropriate adjustment in the assignment of cases to
22 compensate for this reassignment.

23       IT IS SO ORDERED.

24 Dated:  October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2